# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENAIDA CORDOVA,<br><br>    Plaintiff,<br><br>    v.<br><br>GREG RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. 1:24-cv-00482-JLT-SAB<br><br>ORDER RE NOTICE OF RELATED CASES<br><br>**MAY 10, 2024 DEADLINE** |

On April 23, 2024, Plaintiff Zenaida Cordova filed this 42 U.S.C. § 1983 action against Defendants Greg Rodriguez and Michael Pallares. (ECF No. 1.) A review of the complaint suggests that this case may be related to other actions pending in this district as defined in Local Rule 123(a), including:

    1:23-cv-00947-KES-GSA;

    1:23-cv-00973-KES-GSA;

    1:23-cv-00974-KES-GSA;

    1:23-cv-00975-KES-GSA;

    1:23-cv-00976-KES-GSA;

    1:23-cv-00977-KES-GSA;

    1:23-cv-01323-KES-GSA; and

    1:23-cv-01324-KES-GSA.

The Court notes counsel for Plaintiff in the instant action is also counsel for the plaintiffs in the eight listed actions that were previously ordered related within the meaning of Local Rule 123 and reassigned to District Judge Kirk E. Sherriff and Magistrate Judge Gary S. Austin on December 12, 2023.  (See, e.g., 1:23-cv-00947-KES-GSA, ECF No. 20.)  Plaintiff shall review Local Rule 123, specifically the duties of counsel in Local Rule 123(b), and shall notify the Court whether this case should be related.

Accordingly, IT IS HEREBY ORDERED that if Plaintiff believes this action is related to any of the listed matters, then Plaintiff is directed to comply with Local Rule 123 and file a notice of related cases **no later than May 10, 2024**.[1]  If Plaintiff believes this action is not related, then Plaintiff shall file a notice explaining why the action should not be related **no later than May 10, 2024**.

IT IS SO ORDERED.

Dated:  __April 26, 2024__                               _____
                                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for Plaintiff is ordered to file a notice of related cases simultaneously with the complaint for any future related cases that are filed.