# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENAIDA CORDOVA,<br><br>        Plaintiff,<br><br>    v.<br><br>GREG RODRIGUEZ, et al.,<br><br>        Defendants. | Case No. 1:24-cv-00482-JLT-SAB<br><br>ORDER DISCHARGING MAY 13, 2024 ORDER TO SHOW CAUSE AND MAY 21, 2024 ORDER IMPOSING DAILY SANCTION<br><br>(ECF Nos. 6, 7) |

On April 23, 2024, Plaintiff filed a complaint in this action against Defendants Greg Rodriguez and Michael Pallares. (ECF No. 1.) The Court's review of the complaint suggested that this case may be related to other actions pending in this district. On April 26, 2024, the Court issued an order requiring Plaintiff to comply with Local Rule 123 and file a notice of related cases or, alternatively, a notice explaining why the action should not be related no later than May 10, 2024. (ECF No. 5.) On May 13, 2024, after Plaintiff did not comply, an order issued requiring Plaintiff to show cause in writing why sanctions should not issue for the failure to comply with the May 10, 2024 order. (ECF No. 6.) Plaintiff did not comply with the order to show cause and on May 21, 2024, an order issued imposing daily sanctions of $50 per day for the failure to show cause in writing why sanctions should not apply if a response was not received by the close of business. (ECF No. 7.) That same day, Plaintiff filed a notice of related cases and a declaration

1

in response to the order to show cause. (ECF Nos. 8, 9.)

The Court has reviewed Plaintiff's response and shall discharge the May 13, 2024; and May 21, 2024 orders.

Accordingly, IT IS ORDERED that the May 13, 2024 order to show cause and the May 21, 2024 order imposing daily sanctions are HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __May 22, 2024__

UNITED STATES MAGISTRATE JUDGE