UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENAIDA CORDOVA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREG RODRIGUEZ, et al.,<br><br>　　　　　Defendants. | Case No.  1:24-cv-00482-JLT-HBK (PC)<br><br>ORDER TO FILE AMENDED COMPLAINT OR RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS<br><br>AUGUST 14, 2025 DEADLINE |

　　　　This matter was reassigned to the undersigned magistrate judge on July 3, 2025, and is before the Court following review of the file.  (*See* Doc. No. 28).

　　　　Defendant Pallares filed a motion to dismiss on October 1, 2024.  (Doc. No. 16).  On October 29, 2024, the previously assigned magistrate judge ordered Plaintiff to file a response to the motion or, in the alternative, statements of non-opposition within thirty days.  (Doc. No. 21).  To date, Plaintiff has failed to comply with the previous order.[1]

　　　　In an effort to move the case forward, Plaintiff will be given a final opportunity to file a response to Defendant's motion to dismiss.  Alternatively, to the extent any alleged deficiencies raised in the motion to dismiss can be cured through amendment, Plaintiff may file an amended complaint.

---

[1] The Court notes that for at least a portion of the time this case has been pending Plaintiff's counsel was suspended from the practice of law.  (*See* Doc. No. 27).  However, counsel is now active and eligible to practice law.  *See* https://apps.calbar.ca.gov/attorney/Licensee/Detail/139376

1   Accordingly, it is **ORDERED**:

2   **No later than August 14, 2025**, Plaintiff shall file either a response to Defendant's

3 motion to dismiss or an amended complaint. Failure to comply with this order will result in

4 Defendant's motion being deemed unopposed.

Dated:  July 31, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE