| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ZENAIDA CORDOVA, | | Case No. 1:24-cv-00482 JLT HBK (PC) |
| Plaintiff, | | ORDER ADOPTING FINDINGS AND RECCOMENDATION IN FULL |
| v. | | |
| OFFICER GREG RODRIGUEZ, ACTING WARDEN MICHAEL PALLARES, | | (Docs. 16, 35) |
| Defendants. | | |

On September 29, 2025, the assigned Magistrate Judge issued Findings and Recommendations granting Defendant Pallares' motion to dismiss, but allowing Plaintiff leave to amend her Eighth Amendment claim against Defendant Pallares. (Doc. 35 at 1.) The Court served the Findings and Recommendations on the parties and notified them that any objections were to be filed within 14 days. (*Id*. at 12.) The Court also warned the parties that failure to timely file objections "may result in the waiver of certain rights on appeal." (*Id*. (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No party has filed objections and the time to do so has passed. (*See* docket.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on September 29, 2025 (Doc. 35) are **ADOPTED** in full.
2. Defendant Pallares's Motion to Dismiss (Doc. 16) is **GRANTED**.
3. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice as to Defendant Pallares** and Plaintiff is granted leave to file a second amended complaint within **twenty-one days** of this order.

IT IS SO ORDERED.

Dated: __**October 24, 2025**__                              _____
                                                                                    UNITED STATES DISTRICT JUDGE

2