UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENAIDA CORDOVA, | Case No. 1:24-cv-00482-JLT-HBK (PC) |
| Plaintiff, | ORDER TO MOVE FOR DEFAULT JUDGMENT OR SHOW CAUSE |
| v. | 30-DAY DEADLINE |
| GREG RODRIGUEZ, | |
| Defendant. | |

This matter comes before the Court on periodic review of the file.  Plaintiff, a state prisoner, proceeds through counsel in this civil rights action.  On February 5, 2026, the Clerk entered default under Federal Rule of Civil Procedure 55(a) against the sole defendant, Greg Rodriguez.  (Doc. 42).  No further action has been taken in this case.

Although the Federal Rules of Civil Procedure and this Court's Local Rules do set a specific deadline to move for default judgment under Rule 55(b), the request for default judgment "must be made promptly" after a Rule 55(a) clerk's default.  Steven Baicker-McKee, William M. Janssen & John B. Corr, *Federal Civil Rules Handbook* 1159 (Thomson Reuters ed. 2026).  The Court has inherent authority, including under Rule 41(b), to manage its docket and avoid unnecessary delay.

Accordingly, it is hereby **ORDERED**:

Within thirty (30) days of the date of this Order, Plaintiff shall either (1) file a motion for

default judgment pursuant to Federal Rule of Civil Procedure 55(b) or (2) show cause in writing why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Dated:    June 9, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2